IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERESA JANE CHANCE, *Plaintiff,* | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:15-cv-01466 |
| TEXAS DEPARTMENT OF TRANSPORTATION, *Defendants.* | § § § § | |

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY

Plaintiff Teresa Jane Chance brings this Motion to Substitute Attorney in this cause, and, in support of the motion, aver as follows:

1. Plaintiff has engaged Troy Tindal to represent her in this case going forward, and seeks to release and replace Nathan DeSai and Kenneth McDaniel of McDaniel & DeSai, LLP ("withdrawing attorneys") as her attorneys in this matter, and those attorneys seek to be relieved of any further obligation to Plaintiff or the Court in this matter.

2. Troy Tindal seeks to be substituted as attorney in charge for Plaintiff. Troy Tindal is a licensed Texas attorney, also admitted to the US District Court for the Southern District of Texas, whose contact information is listed in the signature block to this motion. The intended substitution carries the consent and agreement of Plaintiff and the withdrawing attorneys.

3. Plaintiff does not seek this substitution for delay. The withdrawing attorneys have informed the undersigned of all pending deadlines in the case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Teresa Jane Chance respectfully requests that the Court substitute Troy Tindal as her attorney in charge in this cause.

Dated: July 19, 2015						Respectfully submitted,

							**/s/ Troy Tindal on Jul 19, 2015**
							_____
							Troy Tindal
							State Bar No. 24066198
							troy@tindallawfirm.com
							17225 El Camino Real, Ste 190
							Houston, Texas 77058
							Tel: 832-691-1519
							Fax: 832-408-7579

							**ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF CONFERENCE

I certify that conferred with counsel for the Texas Department of Transportation on the foregoing motion, and that the Department does not oppose the relief sought in the motion. I further certify that the motion is filed at the direction of Plaintiff.

							**/s/ Troy Tindal on Jul 19, 2015**
							_____
							Troy Tindal


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July 2015, a true and correct copy of the above and foregoing document was served upon the following counsel of record through the Federal Judiciary's CM/ECF system.

   Anthony Brocato
   Attorney General's Office
   Transportation Division
   PO Box 12548
   Austin, Texas 78711

							**/s/ Troy Tindal on Jul 19, 2015**
							_____
							Troy Tindal

- 2 -